JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN SINGH EDUCATIONAL SERVICES, INC., d/b/a TESTMASTERS,<br><br>    Plaintiff,<br><br>    v.<br><br>BENJAMIN MARCUS; MATTHEW POSIVAK; and DOES 1 through 10, inclusive,<br><br>    Defendants. | **Case No: 2:16-cv-07186-ODW-JEM**<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE [20]** |

Pursuant to the parties' Stipulation to Dismiss Case (ECF No. 20), and good cause appearing therefore:

**IT IS HEREBY ORDERED** that:

1. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the entire action and all claims asserted therein are hereby DISMISSED with prejudice; and

2. All dates and deadlines in this action are vacated and taken off calendar.

**IT IS SO ORDERED**.

November 22, 2016

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

2